# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | Case No. 18-11092 (BLS) |
| Debtors. | (Jointly Administered) |
| DINE BRANDS GLOBAL, INC., APPLEBEE'S RESTAURANTS LLC, and APPLEBEE'S FRANCHISOR LLC | |
| Plaintiffs, | |
| v. | |
| RMH FRANCHISE HOLDINGS, INC., NULNK, INC., RMH ILLINOIS, LLC, RMH FRANCHISE CORP., and CONTEX RESTAURANTS, INC., | Adv. Pro. No. 18-50481 (BLS) |
| Defendants. | |
| -and- | |
| BANK OF AMERICA, N.A., as Administrative Agent, Collateral Agent and L/C Issuer, and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | **Ref. Docket Nos. 16-26** |
| Intervenors. | |

## NOTICE REGARDING SUBPOENAS

**PLEASE TAKE NOTICE** that, on July 3, 2018, RMH Franchise Holdings, Inc. and

each of its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

01:23400490.1

(collectively, the "Debtors") filed notices of intent to serve subpoenas (collectively, the "Subpoenas") on various franchisees. A schedule listing the franchisees subject to the Subpoenas is attached hereto as **Exhibit A**.

      **PLEASE FURTHER TAKE NOTICE** that the Debtors hereby provide notice that the response date for each of the Subpoenas is extended from July 17, 2018 to July 24, 2018. The Debtors will provide a copy of this notice to each of the franchisees listed in Exhibit A hereto.

Dated: July 12, 2018
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
John T. Dorsey (No. 2988)
M. Blake Cleary (No. 3614)
Sharon M. Zieg (No. 4196)
Erin D. Edwards (No. 4392)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1256

*Counsel for the Debtors and Debtors in Possession*