# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RMH Franchise Holdings, Inc., *et al.*,[1] | ) | Case No. 18-11092 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| ──────────────────────────── | ) | |
| | ) | |
| DINE BRANDS GLOBAL, INC., | ) | |
| APPLEBEE'S RESTAURANTS LLC, | ) | |
| and APPLEBEE'S FRANCHISOR LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Pro. No. 18-50481 (BLS) |
| v. | ) | |
| | ) | |
| RMH FRANCHISE HOLDINGS, INC., | ) | |
| NULNK, INC., RMH ILLINOIS, LLC, | ) | |
| RMH FRANCHISE CORP., and | ) | |
| CONTEX RESTAURANTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS, | ) | |
| | ) | |
| Intervenor Defendant. | ) | |

## COUNTER-DEFENDANTS' ANSWER TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' COUNTERCLAIMS

The above-named plaintiffs (collectively, "Applebee's") hereby answer the *Official Committee of Unsecured Creditors' Answer to Complaint and Counterclaims* [Dkt. No. 12] (the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corp. (1807); Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

"Counter-Complaint") filed by the above-named intervenor defendant (the "Committee") as follows:

## **COUNTERCLAIMS**

The Committee, for its counterclaims against Applebee's, alleges as follows:

1. The Committee incorporates by reference and joins in the allegations and all claims for relief found in the Debtors' counterclaims against Applebee's as set forth in the Answer as if fully asserted herein. To the extent that the Debtors fail to prosecute any counterclaims, the Committee reserves the right to seek leave of the Court to pursue and prosecute such counterclaims on behalf and for the benefit of the bankruptcy estates.

**ANSWER:** Applebee's incorporates by reference all of its responses and additional defenses provided in *Counter-Claimants' Answer to Counter-Plaintiffs' Counterclaims* with regard to all allegations and claims for relief found in the *Debtors' Answer and Counterclaims to Applebee's Complaint* [Dkt. No. 7] as if fully asserted herein.

WHEREFORE, Applebee's respectfully prays that this Court enter an Order:

a) Dismissing the Committee's Counter-Complaint as against Applebee's;

b) For Applebee's costs and attorneys' fees; and

c) For such other relief as the Court deems appropriate.

Dated: July 13, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
　　　　tcairns@pszjlaw.com

-and-

DENTONS US LLP
Samuel Maizel (*Admitted Pro Hac Vice* )
601 S. Figueroa Street
Suite 2500
Los Angeles, California
Telephone: 213-623-9300
Facsimile: 213-623-9924
E-mail: samuel.maizel@dentons.com

*Counsel to Dine Brands Global Inc., Applebee's Restaurants LLC and Applebee's Franchisor LLC*