# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RMH Franchise Holdings, Inc., *et al.*,[1] | ) | Case No. 18-11092 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| DINE BRANDS GLOBAL, INC., | ) | |
| APPLEBEE'S RESTAURANTS LLC, | ) | |
| and APPLEBEE'S FRANCHISOR LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Pro. No. 18-50481 (BLS) |
| v. | ) | |
| | ) | |
| RMH FRANCHISE HOLDINGS, INC., | ) | |
| NULNK, INC., RMH ILLINOIS, LLC, | ) | |
| RMH FRANCHISE CORP., and | ) | |
| CONTEX RESTAURANTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS, | ) | |
| | ) | |
| Intervenor Defendant. | ) | |

## APPLEBEE'S MOTION FOR SUMMARY JUDGMENT

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corp. (1807); Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

The above-named Plaintiffs, Dine Brands Global, Inc. ("Dine Brands") and its subsidiaries, Applebee's Restaurants LLC and Applebee's Franchisor LLC (together, the "Dine Subsidiaries") (Dine Brands and the Dine Subsidiaries, collectively, "Applebee's") in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby moves (the "Motion") for an order granting summary judgment against Defendants RMH Franchise Holdings, Inc., RMH Franchise Corporation, RMH Illinois, LLC, NuLnk, Inc. and Context Restaurants, Inc. (the "Debtors") and Intervening Defendant, the Official Committee of Unsecured Creditors (the "Committee"), with respect to all claims asserted in Applebee's complaint filed in the above-captioned adversary proceeding [Dkt. No. 1] (the "Complaint"). Applebee's also seeks summary judgment dismissing Counts VI and VIII of the Debtors' counter-complaint filed in the above-captioned adversary proceeding [Dkt. No. 7] (the "Counter-Complaint") as well as the same counterclaims asserted in the Committee's counter-complaint, joining the Debtors' Counter-Complaint [Dkt. No. 12] (the "Committee Counter-Complaint").

This Motion is made pursuant to Fed. R. Civ. P. 56, as made applicable herein by Fed. R. Bankr. P. 7056. The Motion is based on the record in the above-captioned chapter 11 cases, the record in the Adversary Proceeding, *Applebee's Opening Brief in Support of Motion for Summary Judgment* (the "Opening Brief"), the *Declaration of Lucy Cheong in Support of Applebee's Motion for Summary Judgment* (the "Cheong Declaration"), and such further evidence as may be presented at the hearing(s) on the Motion. The Opening Brief and Cheong Declaration are filed concurrently with this Motion.

As set forth in further detail in the Opening Brief:

1.  Applebee's is entitled to a judgment declaring that certain franchise agreements that permit the Debtors to operate Applebee's® restaurants (the "Franchise Agreements") were terminated pre-petition and are, thus, not property of the Debtors' estates. There is no genuine dispute as to material fact regarding whether the Franchise Agreements were terminated pre-petition. The Debtors have admitted they defaulted under the Franchise Agreements and Applebee's had the right to immediately terminate the Franchise Agreements in writing based on the default. It is also undisputed that the Debtors received Applebee's notice of default and failed to cure the default within the cure period provided in the notice of default and extensions of the cure period. Accordingly, the Franchise Agreements terminated automatically on April 27, 2017, the day after the final cure period expired with the Debtors failing to cure their defaults. Applebee's forbearance of its exercise of its post-termination rights expressly stated that it did not waive the prior termination of the Franchise Agreements. Nor did Applebee's attempt to negotiate a workout with the Debtors—certainly a sensible approach given the alternative of litigation—operate to otherwise waive the termination of the Franchise Agreements. Applebee's is, therefore, Applebee's in entitled to summary judgment on Count I of its Complaint and dismissal of Count VI of the Debtors' Counter-Complaint and Committee Counter-Complaint.

2.  Applebee's also timely exercised its right to take over the RMH Restaurants when it filed the above-captioned adversary Complaint, notifying the Debtors it was exercising such right. There is also no genuine dispute of material fact regarding this claim. Thus, Applebee's is entitled to summary judgment as to Counts II and III of its Complaint.

3. Also, Applebee's other post-termination rights continued following termination based on the terms of the Franchise Agreements. There is no genuine dispute of material fact regarding the existence of Applebee's post-termination rights. Accordingly, Applebee's is also entitled to summary judgment of Count IV of its Complaint and dismissing Count VIII of the Debtors' Counter-Complaint and Committee Counter-Complaint.

Based on the foregoing, Applebee's respectfully requests that the Court grant the Motion, and grant such other relief as is just and proper.

Dated: July 17, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      tcairns@pszjlaw.com
-and-

DENTONS US LLP
Joel Siegel (*Admitted Pro Hac Vice*)
Samuel Maizel (*Admitted Pro Hac Vice*)
601 S. Figueroa Street
Suite 2500
Los Angeles, California
Telephone: 213-623-9300
Facsimile: 213-623-9924
E-mail: joel.siegel@dentons.com
      samuel.maizel@dentons.com

-and-

DENTONS US LLP
Geoffrey Miller (*Admitted Pro Hac Vice*)
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606
Telephone: 312-876-8000
Facsimile: 312-876-7934
E-mail: geoffrey.miller@dentons.com

*Counsel to Dine Brands Global Inc., Applebee's Restaurants LLC and Applebee's Franchisor LLC*