# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RMH Franchise Holdings, Inc., *et al.*,[1] | ) | Case No. 18-11092 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |
| | ) | |
| DINE BRANDS GLOBAL, INC., | ) | |
| APPLEBEE'S RESTAURANTS LLC, | ) | |
| and APPLEBEE'S FRANCHISOR LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Pro. No. 18-50481 (BLS) |
| v. | ) | |
| | ) | |
| RMH FRANCHISE HOLDINGS, INC., | ) | |
| NULNK, INC., RMH ILLINOIS, LLC, | ) | |
| RMH FRANCHISE CORP., and | ) | |
| CONTEX RESTAURANTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS, | ) | |
| | ) | |
| Intervenor Defendant. | ) | |

## ORDER GRANTING APPLEBEE'S MOTION FOR SUMMARY JUDGMENT

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corp. (1807); Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

The matter having come before the Court on A*pplebee's Motion for Summary Judgment* (the "Motion") filed by Plaintiffs, Dine Brands Global, Inc. ("Dine Brands") and its subsidiaries, Applebee's Restaurants LLC and Applebee's Franchisor LLC (together, the "Dine Subsidiaries") (Dine Brands and the Dine Subsidiaries, collectively, "Applebee's"); and the Court having considered the Motion, the declarations and other evidence submitted in support of the Motion, all responses to the Motion, and the arguments presented by counsel; and it appearing, for the reasons stated on the record at the hearing(s) on the Motion, that good cause exists to grant the relief requested in the Motion; it is hereby[2]

ORDERED that the Motion is GRANTED; and it is further

ORDERED that judgment on the First Count of the Complaint shall be entered against the Debtors and Committee, and in favor of Applebee's, finding no genuine dispute of material fact exists and that the Franchise Agreements were terminated pre-petition and are not property of the Debtors' bankruptcy estates; and it is further

ORDERED that judgment on the Second and Third Counts of the Complaint shall be entered against the Debtors and Committee, and in favor of Applebee's, finding no genuine dispute of material fact exists and that Applebee's timely exercised its right to take control of the RMH Restaurants pursuant to the terms of the Franchise Agreements; and it is further

ORDERED that judgment on the Fourth Count of the Complaint shall be entered against the Debtors and Committee, and in favor of Applebee's, finding no genuine dispute of material fact exists and that Applebee's other post-termination rights exist under Section 19 of the Franchise Agreements; and it is further

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion or, if not defined in the Motion, in *Applebee's Opening Brief in Support of Summary Judgment*.

ORDERED that the Sixth Count of the Debtors' Counter-Complaint and the Committee's Counter-Complaint and the Eighth Count of the Debtors' Counter-Complaint and the Committee's Counter-Complaint are dismissed; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order and/or Judgment.

Dated: _____, 2018

                                                JUDGE BRENDAN L. SHANNON
                                                U.S. BANKRUPTCY JUDGE