IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RMH Franchise Holdings, Inc., *et al.*,[1] | ) | Case No. 18-11092 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |
| DINE BRANDS GLOBAL, INC., | ) | |
| APPLEBEE'S RESTAURANTS LLC, | ) | |
| and APPLEBEE'S FRANCHISOR LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Pro. No. 18-50481 (BLS) |
| v. | ) | |
| | ) | |
| RMH FRANCHISE HOLDINGS, INC., | ) | |
| NULNK, INC., RMH ILLINOIS, LLC, | ) | |
| RMH FRANCHISE CORP., and | ) | |
| CONTEX RESTAURANTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF LUCY CHEONG IN SUPPORT OF APPLEBEE'S MOTION FOR SUMMARY JUDGMENT

1. I, Lucy Cheong, hereby aver pursuant to 28 U.S.C. § 1746 that I have personal knowledge of all matters set forth herein unless otherwise indicated and, if called upon to testify, would do so in accordance with the statements herein.

2. I am the Vice President, Finance, for Dine Brands Global Inc. ("Dine Brands"), which is the ultimate parent company of Applebee's Restaurants, LLC ("Applebee's

---

[1] The Defendants and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corp. (1807); Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Defendants is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

1

Restaurants") and Applebee's Franchisor, LLC ("Applebee's Franchisor") (collectively, "Applebee's").

3. Prior to working for Dine Brands, I worked in finance for over 20 years, including as Director of Financial Planning and Analysis at Warner Home Entertainment and at J2 Global Communications. I have an MBA from the University of San Francisco, where I focused on finance.

4. In my role for Dine Brands, I review franchisee financials and assess the financial health of Applebee's franchisees. I give financial approval for franchisee transactions, such as franchisees' acquisitions or transfers of existing restaurants and franchisees' development of new restaurants. In addition, I monitor franchisee health and performance and report on franchisee profitability and trends. I also work with lenders on franchisee access to credit, and perform other finance functions and analyses as required. I am one of the primary individuals at Dine Brands responsible for reviewing financial records and franchise agreements of Applebee's franchisees.

5. I am also responsible for drafting and sending default notices, termination notices, and similar notices to Applebee's franchisees.

### The Applebee's System and Intellectual Property

6. Applebee's Franchisor is a franchisor of a well-known casual dining restaurant chain known as Applebee's Neighborhood Grill & Bar®.

7. Franchise agreements govern the relationships between Applebee's and its franchisees, and grant franchisees the license to use Applebee's federally registered trademarks ("Marks") and other intellectual property in their operation of Applebee's restaurants at locations specified in their franchise agreements and on the terms set forth in the franchise agreements. In

2

exchange for these and other benefits and services, Applebee's receives payments from its franchisees, principally in the form of royalties, but also for advertising and other fees.

### RMH's Applebee's Franchise Agreements, Guaranties and Leases

8. RMH Franchise Corporation ("RMH Franchise"), RMH Illinois LLC ("RMH Illinois"), RMH Franchise Holdings, Inc. ("RMH Holdings") (collectively, "RMH") and/or non-debtor ACON Franchise Holdings, LLC ("ACON") were the franchisees and/or personal guarantors to approximately 174 franchise agreements with Applebee's across the following 15 states: Illinois; Ohio; Texas; Arizona; Nebraska; Oklahoma; Alabama; Florida; Kentucky; Kansas; Wyoming; Indiana; Missouri; Pennsylvania; and Mississippi (collectively, the "Relevant States"). Of the 174 franchises, RMH improperly closed 15 franchises, leaving 159 active franchises as of the petition date. Of those remaining 159 restaurants, 22 are located in the State of Arizona (the "Arizona franchises") and 15 are located in the State of Texas (the "Texas franchises").

9. Applebee's and/or its predecessor/successor entities entered into these franchise agreements (the "Franchise Agreements") with RMH for the operation of Applebee's franchises located in the Relevant States. A schedule of the franchises (the "RMH Restaurants") is attached hereto as **Exhibit 1**, and is fully incorporated by reference.

10. As set forth more fully in the Franchise Agreements, they allowed RMH to operate Applebee's franchises using the Marks and Applebee's system. The relevant terms of the Franchise Agreements, including those regarding RMH's obligation to pay royalties and advertising fees to Applebee's and remedies for non-payment, are substantially similar, if not identical. A true and correct copy of a representative Franchise Agreement, as amended and with all addenda, is attached hereto as **Exhibit 2**, and is fully incorporated by reference.

3

108578486
DRAFT

07/16/18 12:24AM

Additionally, Applebee's is submitting on a CD-Rom a set of all of the franchise agreements for the approximately 159 restaurants RMH operated pre-petition.

11. The Applebee's entities are either original parties to the Franchise Agreements or successors-in-interest to the Franchise Agreements by merger or assignment.

12. Under the Franchise Agreements, RMH and/or ACON were either designated as the "Franchisor" or, alternatively, were designated as "Principal Shareholders."

13. Under the Franchise Agreements, RMH agreed to operate the associated franchise for the entirety of a defined and agreed-upon term and to make regular payments to Applebee's for royalties and other fees through the entirety of the term. Ex. 2, ¶¶ 1.2, 1.5, 9.1(b) and Exhibit 1 thereto.

14. Under the Franchise Agreements, RMH, like all other Applebee's franchisees, also agreed to pay Applebee's advertising fees, which, like the royalty fee, was also based on each calendar month's gross sales. Ex. 2, ¶¶ 8.2, 9.1(c).

15. Section 19.1 of the Franchise Agreements governed RMH's obligations upon termination of the Franchise Agreements, and provided, in part, that upon termination RMH "may not remove any property from the Restaurant Premises for thirty (30) days after termination," and that RMH "shall immediately discontinue its use of the System and its use of the Marks and other identifying characteristics." Ex. 2, ¶¶ 19.1, 19.1(a).

16. Section 19.4(f) of the Franchise Agreements provided, among other things, that Applebee's has the right to require RMH to assign to Applebee's all of RMH's rights and obligations under the leases for the franchises to Applebee's, and to immediately surrender possession of those restaurant premises to Applebee's.

17. Alternatively, Section 19.2(b) of the Franchise Agreements addressed RMH's obligation to de-identify upon termination of the Franchise Agreements and provided as follows:

4

> If the Restaurant premises are owned by Franchisee or leased from a third party, Franchisee shall, upon demand by Franchisor, remove (at Franchisee's expense) the Marks, sign facia, and other identifying characteristics from all premises, and paint all premises and other improvements maintained pursuant to this Agreement a design and color which is basically different from Franchisor's authorized design and color.

Ex. 2, ¶ 19.2(b).

18. The Franchise Agreements included the following notice provision that, depending on the Franchise Agreement, listed RMH's address in Nebraska as either (1) 1701 Windhoek Drive, Lincoln, Nebraska 68512 ("the Windhoek Drive Address"); (2) 1701 Pine Lake Road, Ste. 4, Lincoln, Nebraska 68512 ("the 1701 Pine Lake Road Address"); or (3) 2021 Pine Lake Road, #100, Lincoln Nebraska 68512 ("the 2021 Pine Lake Road Address"):

> All notices and other communications required or permitted to be given hereunder shall be deemed given when delivered in person, by overnight courier service, facsimile transmission or mailed by registered or certified mail addressed to the recipient at the address set forth below, unless that party shall have given written notice of change of address to the sending party, in which event the new address so specified shall be used.

Ex. 2, ¶ 25.1.

19. All of the restaurants are leased by RMH. A rider is attached to and made part of the real-estate leases that acknowledges and provides for RMH's right to sublet or assign the premises specifically to Applebee's or its affiliates. In the rider, RMH and the landlords for the restaurants specifically agreed Applebee's is an intended third-party beneficiary of the rider and has the right to enforce the terms of the Rider as if it was a party to it. A true and correct copy of a Form of Applebee's Restaurant Franchisee Lease Rider is attached hereto as **Exhibit 3**, and is fully incorporated hereto by reference.

### RMH's Default and Termination

20. Beginning in or around June 2017, RMH stopped paying royalties due under the Franchise Agreements.

21.  Beginning in or around January 2018, RMH stopped paying advertising and other fees due under the Franchise Agreements on a majority of the franchises in the Relevant States and eventually stopped paying on all of them.

22.  Despite its non-payment of royalties and advertising and other fees, RMH continued to operate the franchises using the Applebee's trademarks.

23.  At no point did Applebee's waive or otherwise consent to RMH's non-payment of royalties and advertising and other fees.

24.  In or around September 2013, RMH notified Applebee's that the address for its headquarters had changed to the 2021 Pine Lake Road Address. A true and correct copy of a September 16, 2013 Internal Applebee's email referencing RMH's notice of its change of address is attached hereto as **Exhibit 4**.

25.  On or about September 20, 2017, Applebee's provided notice to RMH with the subject line, "Notice of Default, Cure Period, and Termination of Franchise Agreements," and notified RMH of its material breaches of the Franchise Agreements stemming from RMH's nonpayment of royalties (the "Notice of Default and Termination). The Notice of Default and Termination informed RMH of the following:

> RMH has outstanding arrearages for fees that it is obligated to pay under Section 9.1 of the franchise agreements for the restaurants identified in the attachment, including without limitation, for royalties. Some of these arrearages go back to June 2017. A detailed spreadsheet of the overdue amounts for each restaurant is attached. In summary, RMH's overdue payments total $3,433,391.73 ("Overdue Amount") . . . .
>
> Pursuant to Section 19 and applicable law, Applebee's demands that RMH pay the Overdue Amount within 90 days of receipt of this letter to cure each default of the franchise agreements for the restaurants identified on the attached chart. For restaurants for which RMH does not cure the default, the franchise agreements for the restaurants will terminate on the 91st day without further notice, and RMH will be expected to fully comply with its post-termination obligations under the relevant franchise agreement(s).

A true and correct copy of the September 20, 2017 Notice of Default and Termination is attached

hereto as **Exhibit 5**.

26. The Notice of Default and Termination only referenced the Franchise Agreements and did not reference any Development Agreements between RMH and Applebee's.

27. On September 20, 2017, and based on RMH's prior change of address, the Notice of Default and Termination was sent by Federal Express to RMH's headquarters at the 2021 Pine Lake Road Address, and was received by RMH on September 21, 2017. A true and correct copy of the Federal Express receipt for the Notice of Default and Termination is attached hereto as **Exhibit 6**.

28. RMH did not cure any of the defaults with regard to the Franchise Agreements within the initial 90-day period specified in the Notice of Default and Termination.

29. On December 18, 2017, shortly before the initial cure period expired under the Notice of Default and Termination, Applebee's sent a letter to RMH extending the cure period for another 30 days in the hope an amicable resolution could be achieved. However, Applebee's expressly reserved all rights and remedies ("First Cure Extension Letter"). A true and correct copy of First Cure Extension Letter is attached here to as **Exhibit 7**.

30. The First Cure Extension Letter was sent by Federal Express to RMH's headquarters at the 2021 Pine Lake Road Address and was received by RMH on December 19, 2017. A true and correct copy of the Federal Express receipt of the December 18, 2017 letter is attached hereto as **Exhibit 8**.

31. Rather than cure the defaults, RMH, as noted above, compounded the defaults in when RMH stopped paying advertising and other fees due under the Franchise Agreements.

32. Over the next four months, Applebee's extended the cure period multiple times in writing in the hope an amicable resolution could be achieved, but Applebee's, again, expressly reserved all rights and remedies with each extension.

7

108578486
DRAFT

07/16/18 12:24AM

33. On January 19, 2018, Applebee's sent a letter to RMH extending the cure period to February 15, 2018, and expressly reserving all rights and remedies ("January 19, 2018 Cure Extension Letter"). A true and correct copy of the January 19, 2018 Cure Extension Letter is attached hereto as **Exhibit 9**.

34. The January 19, 2018 Cure Extension Letter was sent by Federal Express to RMH's headquarters at the 2021 Pine Lake Road Address and was received by RMH on January 22, 2018. A true and correct copy of the Federal Express receipt for the January 19, 2018 Cure Extension Letter is attached hereto as **Exhibit 10**. Applebee's emailed the January 19, 2018 Cure Extension Letter to Mike Muldoon, RMH's President, and Jeff Neumann, RMH's founder and CEO, on January 19, 2018. A true and correct copy of the emails transmitting the January 19, 2018 Cure Extension Letter are attached hereto as **Exhibits 11 and 12**.

35. On February 8, 2018, Applebee's sent a letter to RMH extending the cure period to March 8, 2018, and expressly reserving all rights and remedies ("February 8, 2018 Cure Extension Letter"). A true and correct copy of the February 8, 2018 Cure Extension Letter is attached hereto as **Exhibit 13**.

36. The February 8, 2018 Cure Extension Letter was sent by Federal Express to RMH's headquarters at the 2021 Pine Lake Road Address and was received by RMH on February 9, 2018. A true and correct copy of the Federal Express receipt for the February 8, 2018 Cure Extension Letter is attached hereto as **Exhibit 14**. Applebee's emailed the February 8, 2018 Cure Extension Letter to Mike Muldoon, RMH's President, and Jeff Neumann, RMH's founder and CEO, on February 8, 2018. A true and correct copy of the emails transmitting the February 8, 2018 Cure Extension Letter are attached hereto as **Exhibits 15 and 16**.

37. On February 9, 2018, in response to Applebee's email sending the February 8, 2018 Cure Extension Letter to him, RMH's President, Mike Muldoon, emailed Applebee's and

8

instructed Applebee's as follows: "We are in receipt. Please change our address of record to the Atlanta address in my signature below. Please send all correspondence to Mitch Blocher (CFO) and myself. Let me know if you need any additional information. Thank you." A true and correct copy of Mr. Muldoon's February 9, 2018 email is attached hereto as **Exhibit 17**. The address in Mr. Muldoon's signature block in his email was the following: One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328 ("the Atlanta, Georgia Address").

38. On February 26, 2018, Applebee's sent a letter to RMH extending the cure period to March 15, 2018, and expressly reserving all rights and remedies ("February 26, 2018 Cure Extension Letter"). A true and correct copy of the February 26, 2018 Cure Extension Letter is attached hereto as **Exhibit 18**.

39. Based on Mr. Muldoon's February 9, 2018 email changing RMH's address of record, Applebee's sent the February 26, 2018 Cure Extension Letter by Federal Express to RMH's headquarters at the Atlanta, Georgia Address, and RMH received the February 26, 2018 Cure Extension Letter on February 27, 2018. A true and correct copy of the Federal Express receipt for the February 26, 2018 Cure Extension Letter is attached hereto as **Exhibit 19**. Applebee's emailed the February 26, 2018 Cure Extension Letter to Mike Muldoon, RMH's President, and Mitch Blocher, RMH's CFO, on February 26, 2018. A true and correct copy of the email transmitting the February 26, 2018 Cure Extension Letter is attached hereto as **Exhibit 20**.

40. On March 12, 2018, Applebee's sent a letter to RMH extending the cure period to April 12, 2018, and expressly reserving all rights and remedies ("March 12, 2018 Cure Extension Letter"). A true and correct copy of the March 12, 2018 Cure Extension Letter is attached hereto as **Exhibit 21.**

9

41. Based on Mr. Muldoon's February 9, 2018 email changing RMH's address of record, Applebee's sent the March 12, 2018 Cure Extension Letter by Federal Express to RMH's headquarters at the Atlanta, Georgia Address, and RMH received the March 12, 2018 Cure Extension Letter on March 14, 2018. A true and correct copy of the Federal Express receipt for the March 12, 2018 Cure Extension Letter is attached hereto as **Exhibit 22**. Applebee's emailed the March 12, 2018 Cure Extension Letter to Mike Muldoon, RMH's President, and Mitch Blocher, RMH's CFO, on March 12, 2018. A true and correct copy of the email transmitting the March 12, 2018 Cure Extension Letter is attached hereto as **Exhibit 23**.

42. On March 12, 2018, in response to Applebee's email transmitting the March 12, 2018 Cure Extension Letter, RMH's CFO, Mitch Blocher, emailed Applebee's and asked Applebee's to email him a copy of the Notice of Default and Termination. Mr. Blocher stated, "It would have been received by our previous CFO, but I've been unable to locate a copy in his files." A true and correct copy of Mr. Blocher's March 12, 2018 email is attached hereto as **Exhibit 24**.

43. On March 15, 2018, Applebee's responded to Mr. Blocher's email and forwarded him a copy of the Notice of Default and Termination. A true and correct copy of Applebee's March 15, 2018 email is attached hereto as **Exhibit 25**.

44. On April 9, 2018, Applebee's sent a letter to RMH extending the cure period to April 19, 2018, and expressly reserving all rights and remedies ("April 9, 2018 Cure Extension Letter"). A true and correct copy of the April 9, 2018 Cure Extension Letter is attached here to as **Exhibit 26.**

45. Based on Mr. Muldoon's February 9, 2018 email changing RMH's address of record, Applebee's sent the April 9, 2018 Cure Extension Letter Federal Express to RMH's headquarters at the Atlanta, Georgia Address. Applebee's emailed the April 9, 2018 Cure

10

108578486
DRAFT

07/16/18 12:24AM

Extension Letter to Mike Muldoon, RMH's President, and Mitch Blocher, RMH's CFO, on April 9, 2018. A true and correct copy of the email transmitting the April 9, 2018 Cure Extension Letter is attached hereto as **Exhibit 27**.

46. On April 16, 2018, Bryan Adel, Applebee's General Counsel and Secretary and Senior Vice President, emailed RMH a letter. A true and correct copy of Mr. Adel's April 16, 2018 Letter is attached hereto as **Exhibit 28**.

47. On April 16, 2018, Applebee's sent a letter extending the cure period for the last time and to April 26, 2018 ("Final Cure Extension Letter"). A true and correct copy of the Final Cure Extension Letter is attached hereto as **Exhibit 29.**

48. Based on Mr. Muldoon's February 9, 2018 email changing RMH's address of record, Applebee's sent the Final Cure Extension Letter by Federal Express to RMH's headquarters at the Atlanta, Georgia Address. Applebee's emailed the Final Cure Extension Letter to Mike Muldoon, RMH's President, and Mitch Blocher, RMH's CFO, on April 17, 2018. A true and correct copy of the email transmitting the Final Cure Extension Letter is attached hereto as **Exhibit 30**. The First Cure Extension Letter; January 19, 2018 Cure Extension Letter; February 8, 2018 Cure Extension Letter; February 26, 2018 Cure Extension Letter; March 12, 2018 Cure Extension Letter; April 9, 2018 Cure Extension Letter; and Final Extension Letter are collectively referred to as "Cure Extension Letters."

49. At no point did RMH object to Applebee's, or claim, that it had not received the Notice of Default and Termination or any of the Cure Extension Letters and, even now, has not made such an allegation.

50. RMH did not cure any of the defaults on April 26, 2018, and, as a result, the Franchise Agreements terminated the next day, April 27, 2018, pursuant to their own terms and the Notice of Default and Termination.

11

51. With the termination of the Franchise Agreements on April 27, 2018, RMH was required to comply with certain obligations under the Franchise Agreements, including ceasing operations of the RMH Restaurants, ceasing the use of Applebee's Marks, and either de-identifying the restaurants or complying with Applebee's right, if exercised under the Franchise Agreements, to assign any real-estate leases for and surrender the premises of any leased restaurants.

## Applebee's Forbearance Letters and Exercise of its Post-Termination Rights

52. On April 25, 2018, in anticipation that RMH would not cure its defaults by the April 26, 2018 deadline, Applebee's sent RMH a letter that stating Applebee's agreed to forebear from taking any further actions against RMH until May 8, 2018 ("Initial Forbearance Notice). A true and correct copy of the Initial Forbearance Notice is attached hereto as **Exhibit 31**.

53. Applebee's sent the Initial Forbearance Notice by Federal Express to the 2021 Pine Lake Road Address, and RMH received the Initial Forbearance Notice on April 27, 2018. A true and correct copy of the Federal Express receipt for the Initial Forbearance Notice is attached hereto as **Exhibit 32**. Applebee's emailed the Initial Forbearance Notice to Mike Muldoon, RMH's President, and Mitch Blocher, RMH's CFO, on April 26, 2018. A true and correct copy of the email transmitting the Initial Forbearance Notice is attached hereto as **Exhibit 33**.

54. Applebee's sent the Initial Forbearance Notice because it needed to make extensive preparations to take over the large number of RMH Restaurants, including, among other things, ensuring the necessary operational and logistical support was in place.

55. Given the complicated logistics and substantial resources needed to potentially take over each RMH Restaurant across 15 states, Applebee's decided to proceed in a phased approach beginning with taking over the RMH restaurants in Arizona and Texas.

56. On May 8, 2018 at 8:02 a.m. (ET)/5:02 a.m. (PT), Applebee's hand-delivered a letter to RMH to reconfirm and make clear "[t]he last extension Applebee's provided of the cure period expired on April 26, 2018. Without waiver of any of its rights under any of the franchise agreements, Applebee's hereby notifies you that the franchise agreements for the Applebee's restaurants in Arizona and Texas, as identified in the attached Exhibit A, terminated on April 27, 2018, in accordance with Section 19 of the franchise agreements" (Post-Termination Transfer Notice"). The Post-Termination Transfer Notice further provided that:

> Applebee's hereby exercises its rights under Section 19.4(f) of each franchise agreement, including, without limitation, its rights "to require Franchisee to assign all Franchisee's rights and obligations under the lease to Franchisor and to immediately surrender possession of the premises, including all fixtures and leasehold improvements, to Franchisor." Applebee's exercises this right for all the restaurants identified in the attached list except for the 4 previously closed restaurants as well as the restaurants located at (1) 565 E. Wetmore Road, Tucson, Arizona, and (2) 2912 Boca Chica Blvd., Brownsville, Texas.

A true and correct copy of the Post-Termination Transfer Notice is attached hereto as **Exhibit 34.**

57. For the remaining RMH Restaurants outside of Arizona and Texas, Applebee's hand-delivered a separate letter to RMH on May 8, 2018, wherein Applebee's agreed to forbear from enforcing its termination rights with the RMH Restaurants, other than the Arizona and Texas restaurants, until May 20, 2018 ("May Forbearance Notice"). This May Forbearance Notice, similar to the previously issued Initial Forbearance Notice, provided that "[t]his agreement to forbear is not an extension or a restarting of the prior cure period referred to in prior Notices, which has already expired, nor is it a new cure period." A true and correct copy of the May Forbearance Notice is attached hereto as **Exhibit 35.**

58. On May 19, 2018, Applebee's filed its adversary Complaint notifying RMH that Applebee's was exercising its post-termination right to take over all RMH Restaurants pursuant to Section 19.4(f) of the Franchise Agreements.

13

59. The Exhibits referenced above and attached hereto are either original documents or true and accurate copies or excerpts of the original documents and were created, stored, and retained in conjunction with the regularly conducted activity and as the regular practice of Dine Brands and/or Applebee's by one whose responsibility included the creation and/or retention of such documents.

60. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of July 2018 in Glendale, California.

LUCY CHEONG