| Restaurant Number | Address | City | State | Franchisor | Principal Shareholder(s) | Date of Agreement | Expiration | Closed |
|---|---|---|---|---|---|---|---|---|
| 075002 | 7519 S. Cicero | Chicago | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 075011 | 1099 Delaware Avenue | Marysville | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 075033 | 1913 West Trenton Road | Edinburg | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 075037 | 4029 W. 167th Street | Country Club Hills | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 075040 | 3169 Princeton Road | Hamilton | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 075077 | 1991 Harner Drive | Xenia | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 075078 | 5210 W Baseline Rd. | Laveen | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 077008 | 2912 Boca Chica Blvd | Brownsville | TX | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 9/8/2016 | 9/8/2036 | |
| 077010 | 2303 Osborne Dr. West | Hastings | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 077021 | 2002 N US HWY 81 | Duncan | OK | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 077039 | 10719 International Boulevard | Laredo | TX | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 9/8/2016 | 9/8/2036 | |
| 077073 | 1829 W. Expressway 83 | Weslaco | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/9/2014 | 6/9/2034 | |
| 077096 | 1820 US Highway 181 | Portland | TX | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 11/3/2014 | 11/3/2034 | |
| 078022 | 2651 N 75th Ave | Phoenix | AZ | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 9/22/2015 | 9/22/2035 | |
| 078034 | 306 E Mile 3 Rd | Palmhurst | TX | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/15/2015 | 12/15/2035 | |

Exhibit 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 078041 | 1001 Westside Drive | Durant | OK | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/28/2015 | 12/28/2035 | |
| 078042 | 2302 Frontage Rd., Monument Mall | Scottsbluff | NE | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 11/19/2015 | 11/19/2035 | X |
| 078046 | 625 Cabelas Dr. | Sidney | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 2/7/2016 | 2/7/2036 | |
| 085006 | 5760 Airport Boulevaard | Mobile | AL | Applebee's International, Inc. | RMH Franchise Corp.<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/26/2032 | |
| 085020 | 5091 Bayou Blvd. | Pensacola | FL | Applebee's International, Inc. | RMH Frianchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/26/2032 | |
| 085030 | 2053 S. Alma School Road | Mesa | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 085064 | 7383 Turfway Road | Florence | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 085073 | 105 N. Springboro Pike | West Carrollton | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | X |
| 085098 | 4009 Nicholasville Rd, Block B | Lexington | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 086002 | 2755 Brice Road | Reynoldsburg | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | X |
| 086022 | 2755 Brice Road | Reynoldsburg | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 086047 | 2720 West Bell Road | Phoenix | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 086063 | 8670 Hwy. 98 West | Destin | FL | Applebee's International, Inc. | RMH Frianchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/26/2032 | |
| 086069 | 967 Hebron Road | Heath | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | X |
| 086074 | 565 E. Wetmore | Tucson | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 086085 | 5050 Crookshank | Cincinnati | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 086095 | 100 Manhattan Town Center, Ste. P-5 | Manhattan | KS | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 087003 | 5928 S.W. 17th Street | Topeka | KS | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 087012 | 1401 Dell Range Blvd. | Cheyenne | WY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc. | 12/27/2012 | 12/27/2032 | |
| 087017 | 4440 Glen Este-Withamsville Rd | Cincinnati | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 087029 | 650 West Lincoln Highway | Schererville | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 087037 | 6259 E. Southern Avenue | Mesa | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 087051 | 1307 US 127 South | Frankfort | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 087056 | 30 Crestview Hills Mall Road | Crestview Hills | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 087061 | 3730 Village Drive | Lincoln | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 087066 | 5870 East Broadway | Tucson | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | X |
| 087071 | 2032 East Baseline Road | Mesa | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 087075 | 480 Ackerman Road | Columbus | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 087095 | 5788 Coventry Lane | Ft. Wayne | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 087099 | 700 Washington Blvd., N.W. | Hamilton | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 088007 | 8001 West Bell Road | Peoria | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | X |
| 088010 | 853 Eastern Bypass | Richmond | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |

| # | Address | City | State | Franchisor | Franchisee | Start | End |
|---|---|---|---|---|---|---|---|
| 088028 | 4940 Government Boulevard | Mobile | AL | Applebee's International, Inc. | RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/26/2032 |
| 088030 | 514 E. Expressway 83 | McAllen | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 |
| 088038 | 9380 Joliet Road | Hodgkins | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 |
| 088039 | 4510 North Clinton Street | Ft. Wayne | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 |
| 088043 | 9595 Colerain Avenue | Cincinnati | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 |
| 088077 | 3240 Towne Blvd. | Middletown | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 |
| 088083 | 1655 W. Elliot | Tempe | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 |
| 088097 | 4004 Frederick Blvd. | St Joseph | MO | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 |
| 089008 | 4601 N 10th Street | McAllen | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 |
| 089016 | 8331 Old Troy Pike | Huber Heights | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 |
| 089020 | 4025 South Loop 289 | Lubbock | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 |
| 089024 | 7601 San Dario Avenue | Laredo | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 |
| 089044 | 1800 West 1st Street | Springfield | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 |
| 089077 | 2810 Soncy Road | Amarillo | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 |
| 089094 | 670 Morthland | Valparaiso | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 |
| 090003 | 2547 N 44th Street | Phoenix | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 090005 | 4425 National Road East | Richmond | IN | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 |
| 090026 | 6615 N Main Street | Granger | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 |
| 090028 | 165 E Nine Mile Boulevard | Pensacola | FL | Applebee's International, Inc. | RMH Frianchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/26/2032 |
| 090036 | 1615 Rivervalley Circle North | Lancaster | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 |
| 090039 | 102 Platte Oasis Parkway | North Platte | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 |
| 090042 | 904 Great East Plaza | Niles | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 |
| 090044 | 4937 Cal Sag Road | Crestwood | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 |
| 090051 | 266 East Alexis Road | Toledo | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 10/31/2032 |
| 090059 | 2 East Camelback | Phoenix | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 |
| 090067 | 1040 N. Kinzie Ave. | Bradley | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 |
| 090068 | 1519 West Harrison | Harlingen | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 |
| 090075 | 3241 Interchange Drive | Elkhart | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 |
| 090087 | 2911 Kemp Blvd | Wichita Falls | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 |
| 090091 | 531 Dussel Road | Maumee | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 10/31/2032 |
| 091000 | 1525 W Lexington Avenue | Winchester | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 |

| Store # | Address | City | State | Franchisor | Tenant Entities | Start Date | End Date | X |
|---|---|---|---|---|---|---|---|---|
| 091001 | 2411 Sycamore Road | DeKalb | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 091015 | 1881 East Highway 69 | Prescott | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 091022 | 125 South Randall Road | Elgin | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 091044 | 3894 Morse Road | Columbus | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 091049 | 4702 Monroe Street | Toledo | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/31/2026 | |
| 091055 | 1759 West Main Street | Troy | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 091058 | 2795 Plainfield Road | Joliet | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 091060 | 8425 Broadway | Merrillville | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 091072 | 6100 O Street, Suite C318 | Lincoln | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 091076 | 5880 W. Peoria Ave. | Glendale | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | X |
| 091081 | 3296 Elida Road | Lima | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 091090 | 6211 N.W. Cache Road | Lawton | OK | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 091093 | 1514 Mt. Vernon Avenue | Marion | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 092009 | 3209 Grand Avenue | Laramie | WY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 092033 | 1700 N. Richmond Road | McHenry | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 092046 | 201 S. Hermitage Road | Hermitage | PA | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | X |
| 092050 | 2230 W. Ina Road | Tucson | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 092057 | 909 E. Broadway | Tempe | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 092075 | 9660 Mason-Montgomery Road | Mason | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 092098 | 6525 Lima Road | Ft. Wayne | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 093010 | 2531 Tiffin Ave | Findlay | OH | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 093024 | 1150 Ireland Road | South Bend | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 093030 | 330 Ridge Road | Munster | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 093034 | 6656 W. Grand Avenue | Chicago | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 093050 | 5561 Westchester Woods Blvd | Hilliard | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 093081 | 1856 Alysheba Way | Lexington | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 093087 | 2621 E. Center Street | Warsaw | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 093097 | 2901 Eaglecrest Drive | Emporia | KS | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 094003 | 1807 Reith Blvd | Goshen | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 094005 | 1143 N. Higley Road | Mesa | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 094010 | 2680 W. Broadway | Ardmore | OK | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 094016 | 6691 South Avenue | Boardman | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 094021 | 6242 Wilmington Pike | Dayton | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 094057 | 3951 North 27th Street | Lincoln | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | X |
| 094058 | 346 Hauenstein Road | Huntington | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 094062 | 359 Miracle Rd | Evansville | WY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 094070 | 3703 Portage Road | South Bend | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 094074 | 2409 South McKenzie Street | Foley | AL | Applebee's International, Inc. | RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/26/2032 | |
| 094077 | 8565 Winton Road | Cincinnati | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 094079 | 2225 N Oak Road | Plymouth | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 094084 | 6211 US Highway 6 | Portage | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 094085 | 721 Diers Ave. | Grand Island | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 095004 | 1161 Polaris Parkway | Columbus | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 095009 | 4625 East Grant Road | Tucson | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 095026 | 6691 S. Padre Island Dr. | Corpus Christi | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 095029 | 121 N. Plaza Drive | Nicholasville | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 095034 | 1590 Georgesville Square Road | Columbus | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 095045 | 2200 N. State Rt. 53 | Fremont | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 10/31/2032 | |
| 095053 | 602 Fairview Blvd. | Kendallville | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 095055 | 6084 Mulhauser Road | West Chester | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 095061 | 690 N. Maysville Road | Mt. Sterling | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 095071 | 13832 W. McDowell Road | Goodyear | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 095074 | 507 Ley Dr | Auburn | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 095075 | 1601 Bienville Blvd. | Ocean Springs | MS | Applebee's International, Inc. | RMH Franchise Corporation<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/26/2032 | |
| 095079 | 215 Rasberry Road | Crestview | FL | Applebee's International, Inc. | RMH Frianchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/26/2032 | |
| 095080 | 2810 Alexandria Pike | Highland Heights | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | X |
| 095090 | 1003 N. Clinton Street | Defiance | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 12/31/2030 | |
| 095097 | 2020 Stringtown Road | Grove City | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 096000 | 1507 36th Street | Peru | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 096012 | 4619 S. Lincoln Ave. | York | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 096028 | 13756 W. Bell Road | Surprise | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 096039 | 1500 Oxford Drive | Georgetown | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 096041 | 1927 Cliff Davis Avenue | Gillette | WY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 096056 | 2015 Sheridan Road | Zion | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 096065 | 820 N. Bridge Street | Chillicothe | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 096092 | 5331 Pleasant Ave. | Fairfield | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 096093 | 202 E. Jacob Ave. | Angola | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | X |
| 097002 | 7340 Central Ave. | Toledo | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 7/16/2022 | |
| 097009 | 5605 2nd Ave. | Kearney | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 097020 | 7920 Beechmont Ave. | Cincinnati | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 097025 | 5414 Meijer Drive | Ft. Wayne | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 097035 | 881 W. Central Ave. | Springboro | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 097040 | 3007 Curtice Road | Northwood | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 097050 | 328 E. 23rd. Street | Columbus | NE | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | X |
| 097072 | 300 Skywatch Dr. | Danville | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | X |
| 097096 | 3899 El Mercado Loop | Sierra Vista | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 098007 | 221 Vandemark Road | Sidney | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 098015 | 2401 W. 95th Street | Evergreen Park | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 098018 | 4515 Lincoln Way East | Mishawaka | IN | Applebee's Franchisor LLC | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 098030 | 2919 S. Main Street | Maryville | MO | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | X |
| 098050 | 2491 Foothill Blvd. | Rock Springs | WY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 098055 | 1719 River Oaks Drive | Calumet City | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporaiton<br>ACOn Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | |
| 098063 | 2180 E. Baseline Road | Phoenix | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 098069 | 1761 Sharkey Way | Lexington | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 098071 | 9330 W. Northern Ave. | Glendale | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 098077 | 5630 W. Amarillo Blvd | Amarillo | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 098085 | 2825 Glendale Avenue | Toledo | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 12/14/2024 | |
| 099005 | 6501 4th Street | Lubbock | TX | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 099012 | 1795 Delco Park Dr. | Kettering | OH | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/19/2033 | |
| 099032 | 1925 Roschman Ave. | Lima | OH | Applebee's Franchisor LLC | RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 8/27/2015 | 8/27/2035 | |
| 099034 | 175 Wal-Mart Way | Maysville | KY | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Ilinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 099039 | 4712 E. Ray Rd. | Higley | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 099056 | 3501 North Main | Altus | OK | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |
| 099063 | 2501 West Happy Valley Road, Suite 48 | Phoenix | AZ | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Illinois, LLC<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/20/2013 | 12/20/2033 | |
| 099096 | 2400 W. Jefferson Street | Joliet | IL | Applebee's International, Inc. | RMH Illinois, LLC<br>RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 6/28/2013 | 6/28/2033 | X |
| 099099 | 1220 N. Mississippi | Ada | OK | Applebee's International, Inc. | RMH Franchise Corporation<br>RMH Franchise Holdings, Inc.<br>ACON Franchise Holdings, LLC | 12/27/2012 | 12/27/2032 | |