# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>RMH FRANCHISE HOLDINGS, INC., *et al.*,[1]<br>　　　　Debtors. | Chapter 11<br>Case No. 18-11092 (BLS)<br>(Jointly Administered) |
| DINE BRANDS GLOBAL, INC., APPLEBEE'S RESTAURANTS LLC, and APPLEBEE'S FRANCHISOR LLC<br>　　　　Plaintiffs,<br>　　v.<br>RMH FRANCHISE HOLDINGS, INC., NULNK, INC., RMH ILLINOIS, LLC, RMH FRANCHISE CORP., and CONTEX RESTAURANTS, INC.,<br>　　　　Defendants.<br>　　-and-<br>BANK OF AMERICA, N.A., as Administrative Agent, Collateral Agent and L/C Issuer, and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>　　　　Intervenors. | Adv. Pro. No. 18-50481 (BLS)<br>**Objection Deadline: August 10, 2018**<br>**Hearing Date: August 30, 2018, at 9:30 a.m. (ET)**<br><br>**DEBTORS' CROSS-MOTION FOR <u>SUMMARY JUDGMENT</u>** |
| RMH FRANCHISE HOLDINGS, INC., NULNK, INC., RMH ILLINOIS, LLC, RMH FRANCHISE CORP., and CONTEX RESTAURANTS, INC.,<br>　　　　Counterclaim Plaintiffs,<br>　　v.<br>DINE BRANDS GLOBAL, INC., APPLEBEE'S RESTAURANTS LLC, and APPLEBEE'S FRANCHISOR LLC<br>　　　　Counterclaim Defendants. | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

1. RMH Franchise Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), by their undersigned attorneys, hereby cross-move (the "Cross-Motion") for (a) summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, on (i) all Counts in the *Complaint* [Adv. Docket No. 1] filed by Dine Brands Global, Inc., Applebee's Restaurants LLC, and Applebee's Franchisor LLC (collectively, the "Franchisor") and (ii) Counts V, VI, VII, and VIII of the counterclaims (the "Counterclaims") in the *Debtors' Answer and Counterclaims to Applebee's Complaint* [Adv. Docket No. 7] (the "Answer and Counterclaims")[2] and (b) reasonable attorneys' fees and expenses incurred by the Debtors in connection with this Adversary Proceeding, pursuant to § 19.3 of the Franchise Agreements.

2. The reasons for the relief requested herein are set forth in the accompanying (i) *Brief in Support of the Debtors' Cross-Motion for Summary Judgment and in Opposition to the Franchisor's Motion for Summary Judgment* (the "Debtors' Brief"), (ii) *Declaration of Michael S. Neiburg in Support of the Debtors' Cross-Motion for Summary Judgment and Opposition to the Franchisor's Motion for Summary Judgment* (the "Neiburg Declaration"), (iii) *Declaration of Mike Muldoon in Support of the Debtors' Cross-Motion for Summary Judgment and Opposition to the Franchisor's Motion for Summary Judgment* (the "Muldoon Declaration"), and (iv) the *Declaration of Daniel Jinich in Support of the Debtors' Cross-Motion for Summary Judgment and Opposition to the Franchisor's Motion for Summary Judgment* (the "Jinich Declaration"), all of which are being filed concurrently herewith and are incorporated herein by reference.

---

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Answer and Counterclaims.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order attached hereto as **Exhibit A**, (1) granting the Debtors' Cross-Motion, (a) entering summary judgment for the Debtors and against the Franchisor on (i) all Counts in the Franchisor's Complaint and (ii) Counts V, VI, VII, and VIII of the Debtors' Counterclaims and (b) awarding the Debtors reasonable attorneys' fees and expenses incurred to date in connection with this Adversary Proceeding, and (2) denying the Franchisor's motion for summary judgment [Adv. Docket No. 38] (the "Franchisor's Motion for Summary Judgment").[3]

Dated: July 27, 2018
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ M. Blake Cleary*
James L. Patton, Jr. (No. 2202)
M. Blake Cleary (No. 3614)
John T. Dorsey (No. 2988)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256

-and-

WITMER, KARP, WARNER & RYAN LLP
Eric H. Karp
22 Batterymarch Street
Boston, Massachusetts 02109
Telephone: (617) 423-7250
Facsimile: (617) 423-7251

*Counsel for the Debtors and Debtors in Possession*

---

[3] As noted in the Answer and Counterclaims, the Debtors consent to entry of final orders or judgments by the Bankruptcy Court in connection with the Adversary Proceeding pursuant to Bankruptcy Rule 7012 and Local Rule 7012-1.