# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>RMH FRANCHISE HOLDINGS, INC., *et al.*,[1]<br>    Debtors. | Chapter 11<br>Case No. 18-11092 (BLS)<br>(Jointly Administered) |
| DINE BRANDS GLOBAL, INC., APPLEBEE'S RESTAURANTS LLC, and APPLEBEE'S FRANCHISOR LLC<br>    Plaintiffs,<br>v.<br>RMH FRANCHISE HOLDINGS, INC., NULNK, INC., RMH ILLINOIS, LLC, RMH FRANCHISE CORP., and CONTEX RESTAURANTS, INC.,<br>    Defendants.<br>-and-<br>BANK OF AMERICA, N.A., as Administrative Agent, Collateral Agent and L/C Issuer, and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>    Intervenors. | Adv. Pro. No. 18-50481 (BLS)<br>**Ref. Adv. Docket Nos. \_\_\_\_**<br><br>**ORDER GRANTING THE DEBTORS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING THE FRANCHISOR'S MOTION FOR <u>SUMMARY JUDGMENT</u>** |
| RMH FRANCHISE HOLDINGS, INC., NULNK, INC., RMH ILLINOIS, LLC, RMH FRANCHISE CORP., and CONTEX RESTAURANTS, INC.,<br>    Counterclaim Plaintiffs,<br>v.<br>DINE BRANDS GLOBAL, INC., APPLEBEE'S RESTAURANTS LLC, and APPLEBEE'S FRANCHISOR LLC<br>    Counterclaim Defendants. | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

01:23399895.3

Upon consideration of the Debtors' cross-motion for summary judgment (the "Cross-Motion")[2] filed by the Debtors, seeking (a) summary judgment for the Debtors and against the Franchisor on (i) all Counts in the Franchisor's Complaint and (ii) Counts V, VI, VII, and VIII of the Debtors' Counterclaims, and (b) an award of reasonable attorneys' fees and expenses incurred to date by the Debtors in connection with this Adversary Proceeding; and upon consideration of the Franchisor's Motion for Summary Judgment and the Debtors' Brief, the Neiburg Declaration, the Muldoon Declaration, and the Jinich Declaration filed in support of the Cross-Motion and any responses thereto; and this Court having subject matter jurisdiction to consider and to determine the Cross-Motion and the Franchisor's Motion for Summary Judgment in accordance with 28 U.S.C. § 1334; and this Court having found that due and sufficient notice was given under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Cross-Motion is GRANTED as set forth herein.

2. Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, judgment is hereby entered in favor of the Debtors and against the Franchisor on (i) all Counts in the Franchisor's Complaint and (ii) Counts V, VI, VII, and VIII of the Debtors' Counterclaims.

3. The Franchisor's Motion for Summary Judgment is DENIED.

4. Pursuant to § 105(a) of the Bankruptcy Code and § 19.3 of the Franchise Agreements, the Franchisor shall pay the Debtors' reasonable attorneys' fees and expenses incurred to date by the Debtors in connection with the Adversary Proceeding, including, without

---

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Cross-Motion.

limitation, fees and expenses incurred in connection with the Answer and Counterclaims, the Cross-Motion, and the Franchisor's Motion for Summary Judgment.

5. This Court shall retain exclusive jurisdiction to hear and determine any disputes arising from or relating to the interpretation, implementation, and enforcement of the terms and provisions of this Order.

Dated: _____, 2018
       Wilmington, Delaware

                                            Brendan Linehan Shannon
                                            United States Bankruptcy Judge